Amanda Loughmiller
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Ste 440
Plano, Texas 75024

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA HARRIS<br><br>                                    Plaintiff(s)<br><br>                    v.<br><br>BARCLAYS BANK DELAWARE, *et al*.<br><br>                                    Defendant(s). | CASE NUMBER<br><br>5:26-cv-00436-SB-ACCV<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| | |
|---|---|
| Loughmiller, Amanda<br>*Applicant's Name (Last Name, First Name & Middle Initial* | of |
| (214) 560-5455            (214) 871-2111<br>*Telephone Number*        *Fax Number* | Quilling, Selander, Lownds,<br>Winslett & Moser, P.C.<br>5801 Tennyson Parkway, Ste 440<br>Plano, Texas 75024 |
| aloughmiller@qslwm.com<br>*E-Mail Address* | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Trans Union LLC

*Name(s) of Party(ies) Represent*        ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

| | |
|---|---|
| Bradley, Donald E.<br>*Designee's Name (Last Name, First Name & Middle Initial* | of |
| 145037          714-668-2400      714-668-2490<br>*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number* | Musick, Peeler & Garrett LLP<br>650 Town Center Drive, Suite 1200<br>Costa Mesa, CA  92626 |
| d.bradley@musickpeeler.com<br>*E-Mail Address* | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:  ☐  for failure to pay the required fee.

☐  for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐  for failure to complete Application: _____

☐  pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐  pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐  because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** June 11, 2026

**Stanley Blumenfeld, Jr., U.S. District Judge**