SEYFARTH SHAW LLP
Ritika Singh (SBN 329197)
risingh@seyfarth.com
2323 Ross Avenue, Suite 1660
Dallas,. Texas 75201
Telephone:  (469) 608-6763

*Counsel for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA HARRIS, | Case No. 5:26-cv-00436-SB-ACCV |
| Plaintiff, | Hon. Stanley Blumenfeld, Jr. |
| v. | **JOINT STIPULATION TO EXTEND THE REBUTTAL EXPERT DISCLOSURE DEADLINE** |
| BARCLAYS BANK DELAWARE, FINANCIAL RECOVERY SERVICES, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, | |
| Defendants. | |

Plaintiff Claudia Harris ("Plaintiff") and Defendants Trans Union LLC ("Trans Union") and Equifax Information Services, LLC (Equifax"), (hereinafter collectively referred to as "the Parties"), by and through undersigned counsel, hereby jointly move to extend only the rebuttal-expert-related deadlines. All remaining deadlines—including fact and expert discovery cutoff, dispositive motions, settlement discussions, and any trial related dates—will remain unchanged. In support thereof, the parties state as follows:

1

327048988v.2

1. On April 17, 2026, the Parties filed their Joint 26(f) Status Report. (Dkt. No. 42).

2. On March 27, 2026, the Parties filed a Joint 26(f) Discovery Plan, requesting the following pertinent scheduling deadlines for purposes of this Motion: (1) last day to serve initial expert reports on November 20, 2026; and (2) last day to serve rebuttal expert reports on December 11, 2026. *See* Dkt. No. 28.

3. On April 24, 2026, the Court entered the Case Management Order (Dkt. No. 48) establishing an Expert Disclosure deadline of July 7, 2026, and the Rebuttal Expert Disclosure deadline as July 13, 2026.

4. On July 6, 2026, Plaintiff served two expert reports, for Evan Hendricks and Kermit Roosevelt. Accordingly, Defendants have 7 days to search for rebuttal experts and prepare the rebuttal expert reports in time for the July 13, 2026 rebuttal expert disclosure deadline.

5. Federal Rule of Civil Procedure 6(b) provides authority for a trial court to extend time periods. Additionally, Rule 16(b)(4) specifically allows the modification of a scheduling order when good cause is shown. Rule 16(b)(4)'s "good cause" standard primarily considers the diligence of the party seeking the amendment. *Lien v. City of San Diego*, No. 21-CV-224-MMA(WVG), 2022 WL 1143548, at *1 (S.D. Cal. Mar. 9, 2022); *see also Walker v. Life Ins. Co. of the Sw.*, No. CV1009198JVSRNBX, 2018 WL 6133640, at *3 (C.D. Cal. Nov. 9, 2018). The Parties believe good cause exists to extend deadlines set forth in the Case Management and Scheduling Order (Dkt No. 28), as set forth below.

6. Defendants have worked diligently to complete fact discovery by the proposed deadline. To date, the Parties have exchanged initial disclosures, propounded written discovery, exchanged documents and discovery responses, and are working on scheduling depositions. Defendants request additional time to complete Rebuttal Expert Disclosures. As discussed in the declarations for Amanda Loughmiller and Ritika Singh, the morning after Plaintiff served her initial expert

2

327048988v.2

reports, Defendants contacted potential experts for their rebuttal designation and disclosures. *See* Declarations of Amanda Loughmiller ("Loughmiller Decl.") at ¶ 4 and Ritika Singh ("Singh Decl.") at ¶ 2. Despite Defendants' efforts to meet the current rebuttal expert disclosure deadline, the potential expert disclosures have indicated that they're unable to provide a rebuttal disclosure within a week. *See* Loughmiller Decl. at ¶¶ 6, 13 and Singh Decl. at ¶¶ 3-4. On July 7, 2026, Defendants' counsel contacted Plaintiff's counsel for a 30-day extension for the rebuttal expert disclosure deadline. *See* Loughmiller Decl. at ¶ 9 and Singh Decl. at ¶ 3. The Parties have also begun discussing settlement and request additional time to further explore the possibility of settlement without incurring the costs and expenses of naming expert witnesses.

7.      The Parties request a fourteen (14) day extension of the Rebuttal Expert Disclosures deadlines. Accordingly, the Parties respectfully request that this Honorable Court extend the following deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial Expert Disclosure | July 6, 2026 | July 6, 2026 |
| Rebuttal Expert Disclosure | July 13, 2026 | July 27, 2026 |

8.      No party will be prejudiced by this Court granting this Stipulation as all parties jointly seek an extension of these deadlines.  The parties believe that allowing this brief extension will serve the ends of judicial economy and allow this matter to resolve without further court intervention. The parties do not anticipate needing to request any additional time beyond the fourteen (14) days requested herein.

9.      The requested extensions are not sought for the purpose of delay. Denial of the Motion will work a material prejudice to the Parties by impairing their ability to complete fact discovery, prepare and complete expert discovery, and fully develop the evidence necessary to defend this case on the merits. *See Walker*, 2018

3

327048988v.2

WL 6133640, at *5 (finding good cause to modify the scheduling order related to expert rebuttal report deadline and noting that plaintiffs would not be prejudiced by modification of the scheduling order); *see also Cardenas v. Butler*, No. 2:23-CV-0500 TLN AC P, 2025 WL 3645295, at *1 (E.D. Cal. Dec. 16, 2025) (finding good cause to modify the scheduling order where plaintiff was diligent in seeking the modification and articulated reasons why he could not reasonably meet the current deadline).

WHEREFORE, the Parties respectfully request this Joint Stipulation be granted, and the Court issue an Order extending the Rebuttal Expert Disclosures deadline to July 27, 2026, by a period of fourteen (14) days.

DATED:  July 8, 2026                    CARDOZA LAW CORPORATION

By: */s/ Lauren Veggian*
    Lauren Veggian
    Michael Fredrick Cardoza
    Counsel for Plaintiff Claudia Harris

DATED: July 8, 2026                    QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.

By: */s/ Amanda Loughmiller*
    Amanda Loughmiller *(Admitted Pro Hac Vice)*
    Counsel for Trans Union LLC

4

327048988v.2

DATED: July 8, 2026                    SEYFARTH SHAW, LLP


By: */s/ Ritika Singh*
Ritika Singh
Counsel for Equifax Information Services, LLC

5

327048988v.2

## <u>SIGNATURE CERTIFICATION</u>

Pursuant to L.R. 5-4.3.4 of the United States District Court for the Central District of California, I hereby certify that the content of this document is acceptable to Lauren Veggian, counsel for Plaintiff Claudia Harris, and I have obtained counsel's authorization to affix his electronic signatures on this document.

DATED: July 8, 2026                    SEYFARTH SHAW LLP


By:  */s/ Ritika Singh*
     Ritika Singh
     Counsel for Equifax Information Services
     LLC

6

327048988v.2

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2026, I presented the foregoing STIPULATION TO EXTEND TIME TO EXTEND THE REBUTTAL EXPERT DISCLOSURE DEADLINE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

> /s/ Ritika Singh
> Ritika Singh
> *Counsel for Equifax Information Services LLC*

7

327048988v.2