**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Claudia Harris<br>PLAINTIFF<br>v.<br>Barclays Bank Delaware et al<br>DEFENDANT | CASE NUMBER:<br>5:26-cv-00436-SB-ACCV<br><br>**JUDGMENT** |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on August 6, 2026 as docket number 67 (the "Offer of Judgment"), judgment is hereby entered for

plaintiff, Claudia Harris

and against

defendant, Trans Union, LLC

according to the terms set forth in the Offer of Judgment.

Date: August 7, 2026

By: Lynnie Fahey
Deputy Clerk